IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| ARI SAUL MOLDOVSKY | : | NO. 13-mc-0103 |

### ORDER TO SHOW CAUSE

**AND NOW**, this 15th day of April, 2013, it appearing that on September 19, 2012, respondent was **suspended** from the practice of law by the Supreme Court of Pennsylvania, effective thirty (30) days from September 19, 2012, it is hereby

**ORDERED** that respondent file with this court, within thirty (30) days from the date of service of this Order, an answer informing this court of any claim by the respondent, predicated upon the grounds set forth in Local Rule of Civil Procedure 83.6 II D, that the imposition of identical discipline by this court would be unwarranted, and the reasons therefore.

FOR THE COURT:

/s/ J. Curtis Joyner
**J. CURTIS JOYNER**
**Chief Judge**